UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No.: 4:11-cr-2080-TLW |
|---|---|---|
| -vs- | ) ) ) ) ) | **ORDER** |
| DANA JERMAINE GRANT, | ) ) ) | |
| Defendant. | ) ) | |

During a status conference held on October 6, 2011, the Court was informed that a potential conflict may exist regarding defense counsel's representation of Defendant. A second status conference was scheduled for October 11, 2011, to address the matter, during which defense counsel requested additional time to review the issue. No later than **Monday, October 24, 2011,** Counsel for Defendant shall file a memorandum setting forth her position on this issue. The Government shall file a response no later than **Friday, October 28, 2011**.

**IT IS SO ORDERED**.

 s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

October 18, 2011
Florence, South Carolina